UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**QURBAN A. HASSILY**                                    **CIVIL ACTION NO. 26-cv-00055**
**A#246 839 393**

**VERSUS**                                                           **DISTRICT JUDGE CAIN**

**WARDEN WINN CORR. CTR., ET AL**          **MAGISTRATE JUDGE HORNSBY**

**ORDER**

Considering the Unopposed Motion for Extension of Deadline to Respond filed by the  Federal Respondents having been considered:

IT IS ORDERED that the motion is GRANTED and Federal Respondents are permitted until February 16, 2026 to respond to Petitioner's Verified Petition for Writ of Habeas Corpus.THUS, DONE AND SIGNED in Alexandria, Louisiana, this 3rd day of February 2026.

_____
UNITED STATES MAGISTRATE JUDGE